UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO CHERY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEGRIA HOLDINGS LLC, <br><br> Defendant. | Case No. C23-612-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On October 27, 2023, the parties filed a joint status update, reporting a settlement in principle resolving the action "on a class and collective basis." (Dkt. # 23 at 1.) The parties "anticipate[d] that Plaintiffs [would] file a motion for preliminary approval within the next 60 days." (*Id.*) As of January 26, 2024, no such motion or other docket activity has occurred. Accordingly, the Court ORDERS the parties to file a motion for preliminary approval of settlement or a status report by **February 9, 2024**.

//

//

MINUTE ORDER - 1

Dated this 26th day of January, 2024.

                                              Ravi Subramanian
                                              Clerk of Court

                                         By: Tim Farrell
                                                Deputy Clerk

MINUTE ORDER - 2