THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICARDO CHERY, MARCUS MCFARLAND, and JASMINE SIGGERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEGRIA HOLDINGS LLC,<br><br>Defendant. | Case No. 2:23-cv-00612-MLP<br><br>**JOINT MOTION TO CONDUCT HEARING SCHEDULED FOR DECEMBER 4, 2024, VIA VIDEO CONFERENCE** |

JOINT REQUEST FOR VIDEO CONFERENCE HEARING
(Case No. 2:23-cv-00612-MLP) - 1

Plaintiffs Ricardo Chery, Marcus McFarland, and Jasmine Siggers ("Plaintiffs") and Defendant Tegria Holdings LLC ("Defendant" and together with Plaintiff, the "Parties") by and through their undersigned counsel, hereby request that the Final Settlement Approval hearing scheduled for December 4, 2024, be conducted remotely via video conference.

By way of background, on July 31, 2024, the Court entered an Order granting preliminary approval of a proposed class action settlement in this matter and set a date of December 4, 2024 for the final approval hearing. (ECF No. 36.)

Currently pending before the Court are Plaintiffs' Unopposed Motion for Final Settlement Approval (ECF No. 38) and Plaintiffs' Motion for Attorney's Fees (ECF No. 37).

The Parties hereby request that the Hearing scheduled for December 4, 2024, be conducted remotely via video conference. The reason for the request is that *pro hac vice* counsel for Plaintiffs, Matthew Thomson, intends to appear on behalf of Plaintiffs and he is based in Boston, Massachusetts, and has several deadlines in other matters on December 4, 2024 and December 5, 2024. Local counsel for Defendant will be traveling out of state on December 4 an unable to appear. *Pro hac vice* counsel for Defendant, Sarah Zenewicz, intends to appear on behalf of Defendant and she is based in San Francisco, California. Additionally, the absent class members are located in various states and a remote proceeding will provide them with an opportunity to appear.

The motion for final approval is unopposed and there have been no written objections received from class members; therefore, the Parties believe that they can present argument and address any questions from the Court efficiently via video conference.

JOINT REQUEST FOR REMOTE HEARING
(Case No. 2:23-cv-00612-MLP) - 2

1
2
3
4
5
6 DATED this 21st day of November, 2024.
7
8  **LICHTEN & LISS-RIORDAN PC**

**MORGAN LEWIS BOCKIUS LLP**

9  By: *s/ Harold L. Lichten*
   Harold L. Lichten, (*Admitted Pro Hac Vice*)
10 Matthew Thomson, (*Admitted Pro Hac Vice*)
11 729 Boylston Street
   Boston, MA 02116
12 Tel: (617) 994-5800
   Email: hlicthen@llrlaw.com;
13         mthomson@llrlaw.com
14
15 **FRANK FREED SUBIT & THOMAS**
16 Michael C Subit, WSBA No. 1200
   705 2nd Avenue, Suite 1200
17 Seattle, WA 98104-1729
   Tel: (206) 682-0401
18 Email: msubit@frankfreed.com
19
20 *Attorneys for Plaintiffs*

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Tel: (206) 274-6400
Email: damon.elder@morganlewis.com

Douglas R Hart, (*Admitted Pro Hac Vice*)
Eva M Nofri, (*Admitted Pro Hac Vice*)
Sarah Zenewicz, (*Admitted Pro Hac Vice*)
300 S Grand Avenue, Suite 2200
Los Angeles, CA 90071
Tel: (213) 612-2500
Email: douglas.hart@morganlewis.com
eva.nofri@morganlewis.com
sarah.zenewicz@morganlewis.com

*Attorneys for Defendant Tegria Holdings LLC*

21
22
23
24
25
26

JOINT REQUEST FOR REMOTE HEARING
(Case No. 2:23-cv-00612-MLP) - 3