THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICARDO CHERY, MARCUS MCFARLAND, and JASMINE SIGGERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEGRIA HOLDINGS LLC,<br><br>Defendant. | Case No. 2:23-cv-00612-MLP<br><br>[PROPOSED] ORDER ON JOINT MOTION TO CONDUCT HEARING SCHEDULED FOR DECEMBER 4, 2024, VIA VIDEO CONFERENCE |

[PROPOSED] ORDER ON JOINT REQUEST FOR VIDEO CONFERENCE HEARING
(CASE NO. 2-23CV-00612-MLP) - 1

1  This matter has come before the Court on the Parties' Joint Motion to Conduct the
2  Hearing scheduled for December 4, 2024, via video conference.  The Motion is hereby
3  GRANTED.  The Final Approval Hearing scheduled for December 4, 2024, shall be conducted
4  remotely via video conference at 9:30 a.m. The Clerk shall send Zoom invites.

6  DATED this 22nd day of November, 2024

_____
MICHELLE L. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER ON JOINT REQUEST FOR VIDEO CONFERENCE HEARING
(CASE NO. 2-23CV-00612-MLP) - 2